

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00424-CR

Joe Michael **ENRIQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7464
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND
CHIEF JUSTICE MARION (Ret.)[1]

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 26, 2023.

Liza A. Rodriguez, Justice

---

[1]Sitting by assignment pursuant to section 74.003(b) of the Texas Government Code